IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-03373-JLK

24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS,

     Plaintiff,

v.

JERALD GREG CLIFFORD,

     Defendant.

---

## FINAL JUDGMENT

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order (Docket No. 18) entered by Judge John L. Kane on January 9, 2013, incorporated herein by reference, it is

     ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

     Dated at Denver, Colorado, this 22nd day of January, 2013.


          FOR THE COURT:

          JEFFREY P. COLWELL, CLERK


          By:  s/ Edward P. Butler
               Edward P. Butler, Deputy Clerk